## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

KATAHDIN TRUST COMPANY,    )
    )
    Plaintiff,    )
    )
    v.    )
    )    Civil Action No. 1:13-cv-00062-JAW
STARCH PARTNERS, LLC,    )
STARCH REALTY ASSOCIATES, LLC,    )
et al.,    )
    )
    Defendants.    )

### MOTION TO DISMISS OF KATAHDIN TRUST COMPANY

NOW COMES Plaintiff, Katahdin Trust Company ("Katahdin Trust"), by and through its counsel, Jensen Baird Gardner & Henry, and moves to dismiss this action without prejudice and without costs to any party. In support of this Motion, Katahdin Trust avers as follows:

1.    The history of the Receivership is set forth in the Motion for Order Terminating Receivership, Approving Receiver's Final Report and Accounting and Discharging Receiver dated October 25, 2013 following the Receiver's sale of the assets subject to the Receivership, which motion was granted by this Court pursuant to its Order dated November 22, 2013 [Docket No. #45], there being no objections filed.

2.    With the termination of the Receivership and discharge of the Receiver, there is no longer any reason for this matter to remain pending before this Court.

3.    Under Rule 66 of the Federal Rules of Civil Procedure, this action may only be dismissed with Court approval.

WHEREFORE, Katahdin Trust seeks the Court's approval of the dismissal of this action without prejudice and without costs to any party.

/s/ Michael A. Nelson
Michael A. Nelson, Esq., Maine Bar No. 2213

/s/ Lawrence R. Clough
Lawrence R. Clough, Esq., ME Bar No. 1034
*Counsel for Plaintiff Katahdin Trust Company*

**JENSEN BAIRD GARDNER & HENRY**
10 Free Street, P.O. Box 4510
Portland, ME 04112-4510
Telephone: (207) 775-7271

## CERTIFICATE OF SERVICE

I, Michael A. Nelson, Esq., hereby certify that on this 3rd day of December, 2013, I filed the foregoing Motion to Dismiss of Katahdin Trust Company with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of same to all counsel of record.

/s/ Michael A. Nelson
Michael A. Nelson, Esq., Maine Bar No. 2213
*Counsel for Plaintiff Katahdin Trust Company*

**JENSEN BAIRD GARDNER & HENRY**
10 Free Street, P.O. Box 4510
Portland, ME 04112-4510
Telephone: (207) 775-7271