UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KATAHDIN TRUST CO., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:13-cv-00062-JAW |
| STARCH PARTNERS LLC, et al., | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

Katahdin Trust Company originally brought this suit to compel the appointment of a receiver of the assets of its defaulted debtor, Starch Partners, LLC. *Compl.* (ECF No. 1). That receivership has now run its course. *Order Granting Mot. for Order Terminating Receivership, Approving Receiver's Final Report and Accounting, and Discharging Receiver* (ECF No. 45). Katahdin Trust moves to voluntarily dismiss the case in compliance with Federal Rule of Civil Procedure 66, *Mot. to Dismiss of Katahdin Trust Company* (ECF No. 46), and none of the defendants has opposed the motion. The Court GRANTS Katahdin Trust's Motion to Dismiss (ECF No. 46).

SO ORDERED.

    /s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2014